U.S. DISTRICT COU
EASTERN DISTRICT
FILED

2018 MAR 12 P 3:

STEPHEN C. DRIE
CLERK

# COMPLAINT
## (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Ronald Lema Kupsky

_____

_____

v.

Case Number:

**18-C-0385**

(Full name of defendant(s))

(to be supplied by Clerk of Court)

Jenesa McLaren, Dr. K. De Blanc

Dr. S. Schmidt, T. Van Buren

(full names for some staff not available

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

Waupun Correctional Institution, 200 s Madison St
(Address of prison or jail) Waupun WI 53963-0351

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Jenesa McLaren__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _un Known_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Waupun Correctional Institution, 200 s Madison St._

(Employer's name and address, if known)

Waupun   WI   53963-0351

(If you need to list more defendants, use another piece of paper.)

## B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

Since the full of 2016, for over a year, Jenesa McLaren has acted with deliberate indifference to my mental health issues; and refused to make a treatment plan. For a short time in the spring of 2017, Dr. K. De Blanc was also my psychological service rep., but she too acted with indifference to my mental health needs, and would not make a treatment plan. When I spoke to T. Van Buren about the staff and mental health issues, she also acted with indifference. Dr. S. Schmidt was the PSU supervisor and I wrote to him about my mental health issues and problems I had

getting treatment from staff, but he never
assisted me and acted with indifference to
my request.

## C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I seek #12 million for suffering and cost caused by the defendants to be divided up by a Jury. I also seek an order telling defendants to recommend I be placed into a mental health institution for treatment, and to be moved into the Behavior Health Unit with "feed cell" status, until I am moved from Waupun Correctional Institution.

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES                   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __17__ day of __December__ 20_17_.

~~Respectfully Submitted,~~

_Thmul_

**Signature of Plaintiff**

_618624_

**Plaintiff's Prisoner ID Number**

_Waupan Correctional Institution_

_Po Box 351 Waupun WI 53963_

**(Mailing Address of Plaintiff)**

**(If more than one plaintiff, use another piece of paper.)**

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5